UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
 YHANKA A. VERAS,

                                  Plaintiff,

                 -against-                                                  25 **CIVIL** 9568 (LLS)

                                                                          **JUDGMENT**

 SARAH NETBURN,

                                  Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 18, 2026, the Court has dismissed the complaint because it

seeks monetary relief against a defendant who is immune from such relief, 28 U.S.C. §

1915(e)(2)(B)(iii), and, consequently, as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

        June 23, 2026

                                                          **TAMMI M. HELLWIG**
                                          _____
                                                          **Clerk of Court**


                        **BY:**            K. mango
                                          _____
                                                          **Deputy Clerk**